IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SHAUN DEMELLO,                        §
                                      §
            Plaintiff,                §
                                      §
v.                                    §              1:26-CV-1227-RP
                                      §
WILL WARD, *Williamson County Court at*  §
*Law No. 5 Judge*, et al,                §
                                      §
            Defendants.               §

**ORDER**

Before the Court is the order and report and recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiff Shaun DeMello's ("Plaintiff") Complaint, (Dkt. 1), Motion to Proceed in Forma Pauperis, (Dkt. 2), and Motion to Appoint Counsel, (Dkt. 3). (R. & R., Dkt. 5). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 6). Plaintiff also filed a Notice of Supplemental Authority, (Dkt. 7), and previously filed a Motion for Temporary Restraining Order ("TRO"), (Dkt. 4).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 5), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (Dkt 1), is **DISMISSED**
without prejudice as frivolous under 28 U.S.C. § 1915(e)(2).

Plaintiff's TRO Motion, (Dkt. 4), is therefore **DENIED AS MOOT**.

**SIGNED** on May 20, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE